| | |
|---|---|
| 1  PITE DUNCAN, LLP | E-Filed on 1/29/07 |
|    STEVEN W. PITE (NV Bar #008226) | |
| 2  JASON A. ROSE (NV Bar #009671) | |
|    525 E. Main Street | |
| 3  P.O. Box 12289 | |
|    El Cajon, CA 92022-2289 | |
| 4  Telephone: (702) 413-9692 | |
|    Facsimile: (619) 590-1385 | |
| 5  E-mail: pdm-nvbecf@piteduncan.com | |

MICHELLE L. ABRAMS, LTD.
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>YEOMAN C. IULI<br>AND AEGATAULUPE P. IULI,<br><br>Debtors. | Bankruptcy Case No. BK-S-06-13564-BAM<br><br>Chapter 13<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR ACCREDITED HOME LENDERS, INC.'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Accredited Home Lenders, inc., its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

1  all matters which must be noticed to creditors, creditors committees and parties-in-interest and other
2  notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the
3  above-referenced bankruptcy court.
4      PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
5  Mailing List in this case, the following address be used:

        JASON A. ROSE, ESQ.
        PITE DUNCAN, LLP
        525 E. Main Street
        P.O. Box 12289
        El Cajon, CA 92022-2289

9      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
10  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver
11  of the within party's:
12      a.    Right to have any and all final orders in any and all non-core matters entered only
13  after de novo review by a United States District Court Judge;
14      b.    Right to trial by jury in any proceeding as to any and all matters so triable herein,
15  whether or not the same be designated legal or private rights, or in any case, controversy or
16  proceeding related hereto, notwithstanding the designation or not of such matters as "core
17  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
18  statute or the United States Constitution;
19      c.    Right to have the reference of this matter withdrawn by the United States District
20  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and
21      d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which
22  this party is entitled under any agreements at law or in equity or under the United States Constitution.
23      All of the above rights are expressly reserved and preserved by this party without exception
24  and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other
25  participation in these matters.
26  /././
27  /././
28  /././

923364.wpd

| | | |
|---|---|---|
| 1 | Dated: January 29, 2007 | /s/ Jason A. Rose |
| 2 | | 525 E. Main Street |
| | | P.O. Box 12289 |
| 3 | | El Cajon, CA 92022-2289 |
| | | (702) 413-9692 |
| 4 | | NV Bar #009671 |
| | | Attorney for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., its successors and/or assigns |

923364.wpd